Schofield *v.* Scott, Appellant.

Argued January 7, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Joseph F. Harvey,* with him *MacElree, Platt & Harvey,* for appellant.

*Fred J. Cadmus, III,* with him *Cadmus & Good,* for appellee.

OPINION PER CURIAM, May 13, 1971:
Judgment affirmed.